Joseph R. Manning, Jr., Esq. (State Bar No. 223381)
**MANNING LAW, APC**
20062 S.W. Birch Street, Suite 200
Newport Beach, CA 92660
Office: (949) 200-8755
ADAPracticeGroup@manninglawoffice.com

Attorneys for Plaintiff: ABACUC HERAS

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ABACUC HERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>PRIEM PROPERTIES, LLC, a California limited liability company; and DOES 1-10, inclusive<br><br>Defendants. | CASE No.: 8:20-cv-00973-CJC-ADS<br><br>**Plaintiff's Application for Default Judgment by Court as to Defendant PRIEM PROPERTIES, LLC, a California limited liability company**<br><br>Hon. Cormac J. Carney<br><br>Date: October 5, 2020<br>Time: 1:30 p.m.<br>Ctrm: 9B |

To Defendant PRIEM PROPERTIES, LLC, a California limited liability company, and its attorneys of record, if any: Please take notice that on October 5, 2020 at 1:30 p.m. or as soon thereafter as this matter may be heard by this Court located at 411 W. Fourth St., Courtroom 9B, Santa Ana, CA 92701, Plaintiff Abacuc Heras will present his application for default judgment against Defendant PRIEM PROPERTIES, LLC, a California limited liability company. The Clerk has previously entered the default on Defendant PRIEM PROPERTIES, LLC, a California limited liability company on July 21, 2020.

---

PLAINTIFF'S APPLICATION FOR DEFAULT JUDGMENT

At the time and place of the hearing, Plaintiff will present proof of the following matters; (1) Defendant is neither a minor nor incompetent person nor in military service or otherwise exempted under the Soldier and Sailor's Relief Act of 1940; (2) Defendant has not appeared in this action; and (3) Plaintiff is entitled to judgment against Defendant on account of the claims pleaded in the Complaint, to wit: a violation of the Americans with Disabilities Act, including violations of the 2010 ADAAG Section 406.5, 406.1, and 502.6.

Plaintiff seeks an Order directing Defendant to remediate and provide accessibility features that comport with the 2010 ADAAG for the property located at 12042 Knott St. #E, Garden Grove, CA 92841. Plaintiff further seeks $3,900.00 in attorney fees and costs as set forth in the attached declaration of Joseph R. Manning, Jr. and declaratory relief. This application is based on this notice, the declarations submitted in support of this motion, and other matters which may be presented at the hearing.

Notice of this original application for default judgment by court was served on Defendant PRIEM PROPERTIES, LLC, a California limited liability company on August 28, 2020, by first class United States Mail, postage prepaid.

Dated: August 28, 2020        **MANNING LAW, APC**

By: /s/ *Joseph R. Manning Jr.*
   Joseph R. Manning Jr., Esq.
   Attorneys for Plaintiff